UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>         Plaintiff,             )<br>                                    )<br>         v.                       )<br>                                    )<br> RANGEL RAMIREZ-MANZANO, )<br>                                    )<br>         Defendant.          )<br>                                    ) | CASE NO. MJ22-426<br><br>DETENTION ORDER |

Offenses charged:

1. Encouraging Illegal Entry for Financial Gain

Date of Detention Hearing:   September 12, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government alleges that Defendant arranged to transport the alleged victim unlawfully from Mexico to Washington and has since required the alleged victim to work long hours in a physical job without compensation or adequate food. The government further alleges that Defendant has subjected the alleged victim to repeated physical, emotional and sexual abuse, including threats to kill the alleged victim and her children. Defendant has a significant criminal history including failure to comply, failure to respond, refusal to cooperate, harassing communication, first degree custodial interference, providing false information to an officer, reckless endangerment, and resisting arrest. Defendant also has a conviction for fourth degree assault, domestic violence, and an arrest in 2019 for violent conduct at a gas station. Defendant's record reflects multiple failures to appear, although the most recent of these was in 1992. The government alleges that at the time of the arrest in the instant matter, Defendant stated to the arresting officers something to the effect of "if you guys come to Mexico, I'll [] kill you."

2. Defendant poses a risk of danger based on his history of violent conduct, alleged threats of violence against the victim and her family, and threats to law enforcement officers at the time of his arrest. His criminal history consistently demonstrates a contempt for law enforcement and the Court. Defendant poses a risk of nonappearance based on his significant connections to Mexico, and a history of failures to appear.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 13th day of September, 2022.

*S. Kate Vaughan (signature)*

S. KATE VAUGHAN
United States Magistrate Judge